Note:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3226

STEVEN WILLIAM BARRERE,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

Leodis C. Matthews, Matthews & Partners, LLP, of Los Angeles, California, argued for petitioner.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  On the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, Todd M. Hughes, Deputy Director, and Brian T. Edmunds, Trial Attorney.

Appealed from:  Merit Systems Protection Board

Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3226

STEVEN WILLIAM BARRERE,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      NY0752060102-I-2

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

     Per Curiam (LINN, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and PROST, Circuit Judge).

           AFFIRMED. See Fed. Cir. R. 36.

           ENTERED BY ORDER OF THE COURT

DATED    July 15, 2008          _/s/ Jan Horbaly_
                                  Jan Horbaly, Clerk